IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUSTIN DEAN

v.   NO. 11-CV-2719

NCO FINANCIAL SYSTEMS, INC.

FILED
MAY 20 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE RUFE, J.

    AND NOW, to wit, this 20TH day of May, 2011, it is ORDERED that in accordance with NCO Financial systems, Inc.'s offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO Financial Systems, Inc. in the amount of $1,000.00 together with interest and costs.

BY THE COURT:

ATTEST:

_____
Deputy Clerk

judg